Ernest ADKINS, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent

No. 45 EM 2017

Supreme Court of Pennsylvania.

May 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of May, 2017, the Petition for Extraordinary Relief is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Stefon Thomas LANDING, Petitioner

No. 917 MAL 2016

Supreme Court of Pennsylvania.

May 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Blake SMITH, Petitioner

No. 29 WM 2017

Supreme Court of Pennsylvania.

May 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED.**